# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                          Case No.08-07666-RM3-13
VORADETH PHANNAMVONG                            JUDGE RANDAL S MASHBURN
KHAMLA PHANNAMVONG                              DATE:  February 05, 2016
7910 EAST GUM RD
MURFREESBORO, TN  37127

---

## TRUSTEE'S REPORT OF UNCLAIMED MONIES

---

    In compliance with 11 U.S.C. §347 and Rule 3011 of the Bankruptcy Rules, the following payee(s) are entitled to dividends or other monies which have remained unclaimed for at least ninety(90) days after a final dividend has been declared and distributed herein.  Included with this filing, is the sum of  **$44.57** payable to the Clerk, U.S. Bankruptcy Court covering such unclaimed monies.

| NAME OF PAYEE(s) | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| **EMPIRE GAS/HERITAGE PROPANE** | **P O BOX 538 WINCHESTER, TN  37398** | **$44.57** |

Respectfully submitted,

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE:  615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com